UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWAY UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>KATELYN CHENG, by and through her parents Jerry Cheng and Anna Cheng<br><br>Defendant. | Civil No.   10-cv-0897-LAB (POR)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
| KATELYN CHENG, by and through her parents Jerry Cheng and Anna Cheng<br><br>Counter Claimant,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT,<br><br>Counter Defendant. | |

On September 22, 2010, the Court held a Case Management Conference. Appearing before the Court were Marlon Wadlington, Esq., counsel for Plaintiff and Counter-Defendant, and David Grey, Esq., counsel for Defendant and Counter Claimant. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

//

1. The Rule 26(f) conference shall be completed on or before **October 19, 2010**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **November 2, 2010**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **November 12, 2010**.
4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **November 18, 2010** at **1:30 p.m.**  The conference shall be telephonic, with attorneys only.  Plaintiff's counsel shall initiate and coordinate the call.
5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.
6. Failure of any counsel or party to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

DATED: September 23, 2010

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Larry A. Burns
       All parties